IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00902-LTB

**YOHONIA MARTIN**,

    Plaintiff,

v.

**MT. ST. MARYS UNIVERSITY ONLINE**,

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 19, 2015, it is hereby

**ORDERED** that **JUDGMENT** is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 19 day of May, 2015.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ A. García Gallegos
                      Deputy Clerk